IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Gregory Holden,** | : |
| Petitioner, | : |
| v. | : No. 06-cv-05202 |
| **Kevin Ransom, et. al.,** | : |
| Respondents. | : |

### ENTRY OF APPEARANCE

TO THE CLERK:

Please enter my appearance as counsel to the petitioner, Gregory Holden

/s/ Grace Harris
Grace Harris
I.D. No. 328968
KAIRYS, RUDOVSKY, MESSING,
　FEINBERG & LIN LLP
718 Arch Street, Suite 501 South
Philadelphia, PA 19106
(215) 925-4400
gharris@krlawphila.com